**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Chase Bank U.S.A., N.A.
                             Plaintiff,

v.                                        Case No.: 1:10−cv−06972
                                                    Honorable Joan H. Lefkow

Carl Swanson
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 17, 2011:

      MINUTE entry before Honorable Joan H. Lefkow:Status hearing held on 2/17/2011. Judgment is entered in favor of defendant, Carl Swanson, and against plaintiff, Chase Bank, USA, on plaintiff's complaint for declaratory judgment, permanent injunction, and other relief. This case is terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.